# Court of Appeals
# of the State of Georgia

ATLANTA, November 26, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0663; A20A664. MARK KING REESE v. MECHELLE WHITEHEAD REESE; two cases.**

The above-styled appeals were docketed in this Court on November 1, 2019. Pursuant to Rule 23 (a) of the Court of Appeals, the Appellant's briefs were to be filed in this Court by November 21, 2019. As of the date of this order, the Appellant has not filed a brief or a motion for extension of time for good cause in either appeal.

Therefore, the appeals are hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 11/26/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*